

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

| | § | |
|---|---|---|
| IN THE MATTER | § | No. 08-15-00115-CV |
| OF THE ESTATE | § | Appeal from the |
| OF MICHAEL SOTHORON GEORGE | § | County Court at Law No. 2 |
| | § | of Brazos County, Texas |
| | § | (TC# 15198-PC) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the Joint Motion to Dismiss Appellate Proceedings and concludes the motion should be granted and the appeal should be dismissed, in accordance with the opinion of this Court. We therefore dismiss the appeal. Costs of the appeal are taxed against Appellant. *See* TEX.R.APP.P. 42.1(d). This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF APRIL, 2016.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez and Hughes, JJ.